AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR − 6 2026

CLERK, U.S. DISTRICT COURT
By_____
                    Deputy

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) |
| Antonio F. Darough | ) **2 − 26 M J − 047** |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 5, 2026_____ in the county of _____Oldham_____ in the
_____Northern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) | Possession with Intent to Distribute Cocaine |

This criminal complaint is based on these facts:

See attached affidavit in support of complaint.

☑ Continued on the attached sheet.

Approved:
s/ Jeffrey R. Haag
Asst. U.S. Attorney

_____
*Complainant's signature*

Joseph Curtis, DEA Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of FED. R. CRIM. P. 4.1 this 6th day of March 2026.

Date: 3/6/26

_____
*Judge's signature*

City and state:      Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:26-MJ-00047-BR-1

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Joseph Curtis, being duly sworn, depose and state:

1.      I am a Special Agent (SA) with the Drug Enforcement Administration (DEA).

2.      I am assigned to the DEA's Amarillo Resident Office (ARO).  I was hired as a Special Agent with DEA in February 2025, and completed DEA Basic Agent Training Academy, located in Quantico, Virginia in July 2025.  In connection with my duties and responsibilities as a Special Agent, I have received training in the field of narcotics trafficking investigations, including but not limited to, conducting surveillance, smuggling, undercover operations, methods of packaging, utilizing confidential sources, executing arrest and search warrants.  Prior to my employment with the DEA, I was an officer in the U.S. Army for four years, and I am currently still serving as an officer in the U.S. Army National Guard.

3.      This affidavit is made in support of a complaint and arrest warrant for Antonio F. DAROUGH.  I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

4.      On March 5, 2026, Texas Department of Public Safety (DPS) Trooper Ruben Nunez was on routine patrol on Interstate 40 in Vega, Oldham County, Texas. At approximately 3:29 p.m., Trooper Nunez initiated a traffic stop on a GMC Yukon bearing Arizona registration tag AZ1RA70X for operating an unregistered motor vehicle. Operating an unregistered motor vehicle is a violation of the State of Texas Transportation Code. Antonio DAROUGH was the driver and lone occupant of the GMC Yukon.

5.      DAROUGH drove away from the scene of the traffic stop when he was not free to leave. DPS pursued the GMC Yukon and ultimately stopped it. After the pursuit, DPS troopers searched the GMC Yukon bearing Arizona registration tag AZ1RA70X. Troopers found a semiautomatic handgun under the back seat and approximately 435.45 grams of suspected cocaine in the trunk. 435.45 grams of cocaine is consistent with distribution, not someone's personal use. The suspected cocaine was later field tested and tested positive for the presence of cocaine.

6.      DEA Special Agents Joseph Curtis, Fernando Burga and DPS Criminal Investigation Division (CID) Tim Hagins responded to the scene to assist in the investigation.

7.      SA Burga, SA Curtis, and DPS Trooper Tanner Tyk conducted a *Mirandized* interview with DAROUGH. DAROUGH told investigators that he fled from the scene of the traffic stop in Vega County because he knew that he was not allowed to have a firearm due to his criminal

**Affidavit in Support of Complaint – Page 1**

history and that he had the presumptive cocaine in the trunk of the GMC Yukon. DAROUGH told investigators that he planned to sell the presumptive cocaine to make money quickly.

Joseph E. Curtis
DEA Special Agent

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 on the 6th day of March 2026.

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

*s/ Jeffrey R. Haag*
Jeffrey R. Haag
Assistant United States Attorney

**Affidavit in Support of Complaint – Page 2**